UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER 11-cr-00152-02 |
| VERSUS | * | JUDGE ELIZABETH FOOTE |
| CHRISTOPHER L. SMITH | * | MAG. JUDGE HANNA |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, **and noting the absence of any objections thereto filed with this Court**, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Christopher L. Smith, and adjudges him guilty of the offenses charged in **Count 1** of the superceding indictment against him.

THUS DONE AND SIGNED in chambers, this ___ day of JULY 2012 in Shreveport, Louisiana.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE