U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 2 1 2015

TONY R. MOORE, CLERK
BY _____
          DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 11-0152 -02 |
|---|---|---|
| | | CIVIL NO. 6:14-3182 |
| VERSUS | * | JUDGE FOOTE |
| CHRISTOPHER LESLIE SMITH | * | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the Motion to Vacate filed pursuant to 28 U.S.C. § 2255 by *pro se* petitioner, Christopher Leslie Smith [rec. doc. 199] is **DENIED AND DISMISSED WITH PREJUDICE** on the merits and alternatively, because petitioner's sentencing claims are procedurally defaulted.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 21st day of Oct, 2015.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE